# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Michelle Neville,** *Plaintiff* | § § § | |
| **v.** | § § | **No. 1:26-cv-0873-ADA-SH** |
| **Parexel International, LLC,** *Defendant* | § § § § | |

## ORDER

The Court issues this order to clarify the Order entered May 8, 2026 at Dkt. 19. The Court **ORDERS** that this Related Action shall be **CONSOLIDATED** into the Consolidated Action *In re Oracle Corporation Data Breach Litigation* ("*Oracle*"), Master File No. 1:25-cv-01805-ADA-SH, pursuant to Paragraph 12 of the Court's Consolidation Order entered January 5, 2026 in *Oracle* (Dkt. 25).[1]

The Clerk of Court shall administratively close this Related Action and transfer all documents already docketed in this Related Action into the Consolidated Action.

**SIGNED** on May 13, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 12).

1